IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BAUGH, PATRICK & MELISSA | § § § § § § § | CASE NO: 10-42947-R <br> CHAPTER 7 |
| DEBTOR | | |

### NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1) The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2) Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5 should be distributed by the trustee. The following funds are de minimus distributions and should be paid into the unclaimed registry of the court:

| Claimant | Amt | Claim # |
|---|---|---|
| Capital One Bank | 3.35 | 2 |
| Florida Power and Light | 1.34 | 4 |

For a total of $ 4.69

Dated: August 17, 2011

                                                                             Respectfully submitted,

                                                                             /s/ Linda S. Payne
                                                                             Linda S. Payne
                                                                             12770 Coit Rd, Suite 541
                                                                             Dallas, TX 75251
                                                                             972 628 3695

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the U. S. Trustee, via Email this 17th day of August, 2011.
                                                                                                           /s/ Linda S. Payne